1 | David Sean Dufek, Esq. (Cal. Bar No. 193723)
Law Office of David Sean Dufek
2 | 2655 Camino Del Rio North #110
San Diego, CA  92108
3 | (619) 299-1709

4 | Attorney for Defendant, Christine L. Arbuckle

5 | Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
6 | San Diego, CA  92108-3905
(619) 283-3371
7 | Facsimile (619) 282-8900
bernardmhansen@sbcglobal.net
8 |
Attorney for Defendant, Christine L. Arbuckle
9 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | ADVERSARY PROCEEDING NO. 10-90320-PB7 |
|---|---|
| KENDALL MARTINEZ DBA FLOOD RESCUE & RESTORATION DBA FLOOD RESCUE, DBA ENVIROTEK, | JOINT WITHDRAWAL OF REQUEST FOR SANCTIONS AGAINST OPPOSING COUNSEL |
| Debtor. Case No. 03-04985-PB7 | |
| KENDALL MARTINEZ Plaintiff, vs. CHRISTENE L. MARTINEZ Defendant. | DATE: February 22, 2011 TIME: 10:30 a.m. DEPT.: Four Honorable Peter W. Bowie |

///

///

///

1

Christine L. Arbuckle and her counsel hereby withdraw her request for sanctions against Kendall Martinez's counsel (but not the Debtor).

Dated: February 18, 2011                         /s/ Bernard M. Hansen
                                                 Bernard M. Hansen,
                                                 Attorney for Christine L. Arbuckle


Kendall Martinez and his counsel hereby withdraw his request for sanctions against Christine L. Arbuckle's counsel.

Dated: February 18, 2011                         Curry & Associates

                                                 By: /s/ K. Todd Curry
                                                     K. Todd Curry
                                                     Attorney for Kendall Martinez